UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-mj-03883-Becerra

UNITED STATES OF AMERICA

v.

LUIS EL MATEO,
YOISEL ESPINOSA, and
CRISTIAN GONGORA ESTOPINAN,
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _____
Quinshawna S. Landon
Assistant United States Attorney
Fla. Bar No. 99835
99 Northeast 4th Street
Miami, FL. 33132-2111
Tel: (305) 961-9632
Fax: (305) 530-7976
Quinshawna.Landon@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
| | ) Case No. 1:19-mj-03883-Becerra |
| LUIS EL MATEO, | ) |
| YOISEL ESPINOSA, and | ) |
| CRISTIAN GONGORA ESTOPINAN, | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 16, 2019__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1951(a) | Conspiracy to Commit Hobbs Act Robbery and Hobbs Act Robbery |
| Title 18, United States Code, Section 924(c) and (o) | Conspiracy to Possess, Carry, or Brandish a Firearm in Furtherance of a Crime of Violence and Possessing, Carrying, or Brandishing a Firearm in Furtherance of a Crime of Violence |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ATF Task Force Officer Kenneth Veloz
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11-18-19

_____
*Judge's signature*

City and state: Miami, Florida    Hon. Jacqueline Becerra, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Kenneth Veloz, being duly sworn, depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a detective employed by the Miami-Dade Police Department, who is currently assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") as a Task Force Officer ("TFO"). I have been a police officer with the Miami-Dade Police Department for over 26 years and assigned to the Street Terror Offender Program (STOP)/High Intensity Drug Trafficking Area (HIDTA) Task Force for eight years. My duties include the investigation of a variety of federal offenses, including Hobbs Act robberies, the possession of firearms in furtherance of violent crimes and drug trafficking offenses, the possession of firearms by convicted felons, and other offenses. I am, therefore, an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, which empowers me to conduct investigations of, and make arrests for, violations of Title 18 of the United States Code.

2. This Affidavit is submitted for the limited purpose of establishing probable cause that Luis El Mateo ("MATEO"), Yoisel Espinosa ("ESPINOSA"), and Cristian Gongora Estopinan ("GONGORA") (together the "Defendants") did knowingly and unlawfully conspire to obstruct, delay, and affect (and did obstruct, delay, and affect) commerce and the movement of articles and commodities in commerce by means of robbery, in that the defendant did take United States currency from the persons and in the presence of persons employed by Right Way Foods, located at 2024 NW 95th Street in Miami, Florida, Florida, a business and company operating in interstate and foreign commerce, against the will of those persons, by means of actual and threatened force, violence, and fear of injury to those persons, in violation of Title 18, United

States Code, Section 1951(a); and did knowingly and unlawfully conspire to possess, carry, or brandish (and did possess, carry, or brandish) a firearm, in violation of Title 18, United States Code, Section 924(c) and (o).

3. The statements contained in the Affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials in this investigation. Because this Affidavit is being submitted for the limited purpose of establishing probable cause, it does not contain all of the information known to me and/or other law enforcement officers involved in this investigation.

## PROBABLE CAUSE

4. Law enforcement has been conducting an investigation into a conspiracy to commit, at least, 13 robberies. The members of the conspiracy, who have now been identified as the Defendants, have targeted multiple commercial businesses in Miami-Dade and Broward counties. The subjects wore similar clothing in each of the thirteen identified robberies. They also used two cars, a white Honda Accord and a white Mazda 3, during several of the robberies. On November 16, 2019, law enforcement conducted a probable cause arrest of the Defendants after they committed the thirteenth robbery at Right Way Foods. In a post-*Miranda* statement MATEO confessed to committing all 13 robberies described below, ESPINOSA confessed to participating in eight of the robberies, and GONGORA admitted to committing three. The robbery spree is outlined below.

### Farm Store: May 11, 2019

5. On May 11, 2019, at approximately 9:44 p.m., Victim 1 saw an unknown white Hispanic male enter the Farm Store, located at 7194 W. 12th Avenue, Hialeah, Florida 33014. According to Victim 1, the subject was approximately 5'8", thin build, and wearing a dark blue

hoodie jacket and dark colored pants. The subject was between 20 and 30 years of age. The subject wore a black mask and was armed with what the victim thought was a dark colored revolver. The subject approached Victim 1 by the refrigerator and ordered her (in Spanish) to open the register. Victim 1 fainted and fell to the ground. Shortly after, Victim 2 walked out of the restroom and observed the subject standing over Victim 1. The subject turned to Victim 2 and, in Spanish, demanded that she open the cash register.

6.  Victim 2, in fear for her life, complied with the subject's demands and opened the cash register. The subject removed $30 in U.S. Currency from the cash register. The subject fled the store and traveled westbound on West 72nd Street. Victim 2 described the subject as a white male, 5'8", thin build, between 20 to 30 years of age. Victim 2 also stated that the subject wore a mask over his face, a dark blue long sleeve jacket with a stripe on the sleeve, and dark colored pants. On May 14, 2019, law enforcement recovered video surveillance from a nearby residence. While reviewing the footage, law enforcement observed what appeared to be a 2018 four-door, white Honda Accord casing the area prior to the robbery. Law enforcement, however, could not see the car's license plate.

### Farm Store Express: August 11, 2019

7.  On August 11, 2019, at approximately 8:25 p.m., an unknown male entered the Farm Store Express, located at 17775 N.W. 78th Avenue, Miami, Florida 33015. Victim 1 described the subject as a white Hispanic male armed with a firearm and wearing a bandana over his face and a hoodie sweater. Victim 1, in fear for her life, immediately ran out of the store and called the police. The subject pointed the gun at Victim 2 and, in Spanish, ordered Victim 2 to open the register. Victim 2 complied, and the subject removed approximately $276 in U.S. currency. Victim 1, while outside the store speaking on the phone with law enforcement dispatch,

observed the subject running westbound on Northwest 178th Street. Victim 2 described the subject as a white Hispanic male, about 5'8", thin build, with a light complexion. Victim 2 stated the subject wore a red and white bandana covering his face and dark blue hoodie sweater.

### Farm Store: August 11, 2019

8.     The same day, at approximately 9:05 p.m., an unknown white male entered the Farm Store, located at 405 W. 51st Place, Hialeah, Florida 33013. According to Victim 1, the subject was wearing a dark hooded sweater, a red bandana covering his face and black and white Nike sneakers. The subject also had a dark colored handgun in his waistband. While Victim 1 stood by the register, the subject ordered Victim 1, in Spanish, to open it. Victim 1 stood motionless as the subject opened the register on his own, removed $50, and fled the store through the west entrance. Law enforcement reviewed security camera footage from a nearby residence and observed a vehicle traveling westbound on 51st place from the Farm Store just after the robbery. The vehicle was a newer model white four-door sedan, which closely resembled the Honda Accord used during the May 11, 2019, robbery.

9.     Law enforcement also reviewed the Farm Store's video surveillance footage, which captured the robbery. In the video, the subject appears to be wearing a dark hooded sweater with the number "3" on the right sleeve, dark pants, black and white Nike sneakers, and a red and white bandana covering his face. The subject's attire closely resembles the clothing worn by the robber from the robberies described earlier.

### Smart Buy Furniture Store: August 12, 2019

10.     The next day, on August 12, 2019, at approximately 1:30 p.m., an unknown white Hispanic male entered the Smart Buy Furniture store, located at 475 E. Okeechobee Road, Hialeah, Florida 33010. He was wearing a black hooded sweater, black pants and a red bandana covering

his face. The subject also wore black and white Nike sneakers, which is substantially similar to the clothing worn by the robber in the robberies described above. The subject approached Victim 1, who was seated behind the front desk of the business. At that point, the subject produced a black handgun, pointed it at Victim 1's head, and demanded money. Victim 1, in fear for her life, handed the subject approximately $2,000 in U.S. currency from the desk drawer. The subject ran out of the business through the rear exit that led to Southeast 5th Avenue. Video Surveillance from a camera outside the business captured a white, newer model Honda Accord traveling northwest from the furniture store. The Honda had a round sticker on the rear window on the bottom right (rear passenger side).

### Super Stop Food Store:  October 13, 2019

11.     On October 13, 2019, at approximately 10:03 p.m., an unknown white male entered the Super Stop Food Store, located at 12420 N.E. 6th Avenue, North Miami, Florida 33161. According to Victim 1, and similar to the robber in the robberies described earlier, the subject was wearing a black hooded sweater, black pants, and a red bandana that covered his face. He was also wearing black and white Nike sneakers and a black glove on his right hand. He was approximately 20-25 years old, approximately 5'8", and weighed approximately 180 pounds. The subject approached Victim 1, an employee of the store, and placed a black handgun to Victim 1's back while demanding money. Once Victim 1 opened the register, the subject removed approximately $800 in U.S. currency from the cash register and fled the store.

### 7-Eleven: October 13, 2019

12.     Later that day, at approximately 11:48 p.m., an unknown white Hispanic male entered the 7-Eleven convenience store, located at 4231 Hollywood Blvd, Hollywood, Florida 33021. Like the robberies described above, the subject was wearing a black hooded sweater, gray

pants, and a red bandana that covered his face. He was also wearing black and white Nike sneakers and a black glove on his right hand. While brandishing a gun, the subject walked to the rear of the store where the victims were standing and demanded Victim 1 to open the register. Victim 1 complied while Victim 2 remained in the rear of the store. The subject removed approximately $20 in U.S. currency from the register and demanded Victim 1 to open the safe. Victim 1 advised the subject that he could not do so. At that point, the subject fled the store on foot eastbound towards the Chase Bank, just east of the incident location. Police officers that reviewed surveillance footage of the robbery described the suspect as being in his early 20's, weighing approximately 150 pounds, and being approximately 5'9" in height.

### Kwik Stop: October 17, 2019

13. On October 17, 2019, at approximately 9:55 p.m., an unknown white Hispanic male ("Subject 1") entered the Kwik Stop Convenience store, located at 118 N. 46th Avenue, Hollywood, Florida 33021. Subject 1 was wearing a black hooded sweater, dark pants, a black glove on his left hand, and a red bandana that covered his face, which is similar to the robberies described earlier. Armed with a black handgun, Subject 1 walked behind the counter and pointed it at Victim 1. The subject told Victim 1 to give him money from the cash register. Victim 1, in fear for his life, opened the cash register, and Subject 1 removed approximately $500 in U.S. currency. Victim 1 described the robber as being between 25 to 30 years old. In addition, video surveillance shows Subject 1 and another unknown white male ("Subject 2") enter the store together. While Subject 1 robbed the store, Subject 2 waited inside by the entrance, posing as a lookout. Subject 2 was wearing a black hooded sweater with a white square logo across the chest, dark colored shorts, black socks, white and black sneakers, and a red bandana covering his face. The subjects fled the store northbound on 46th Avenue and westbound on Tyler Street.

### Mini Food Store: October 30, 2019

14. On October 30, 2019, at approximately 8:08 p.m., a Hispanic male entered the Big Mini Food Store, located at 7321 David Road Extension, Davie, Florida 33024, with a handgun in his right hand. The subject commanded Victim 1 to open the cash register. Victim 1 complied and the subject removed $300-$350 in U.S. currency from the cash register and fled south from the store. Victim 1 described the subject as being between 5'8" and 5'10" in height, 130-150 pounds in weight, and 20-25 years in age. The subject was wearing a black hoodie sweatshirt with the hoodie pulled over his head, long black pants, and black and white Nike sneakers. The subject also wore a black bandana that covered his face and a black glove on his left hand. Victim 1 described the firearm as a semi-automatic pistol. Video surveillance captured the subject arriving in a silver or white four-door sedan. Video surveillance also shows the subject walking in the store with what appeared to be an earphone cord hanging from his person.

### El Gaitero Supermarket: November 4, 2019

15. On November 4, 2019, at approximately 7:35 p.m., two white Hispanic males entered El Gaitero Supermarket, located at 8121 W. 8th Avenue, Hialeah, Florida 33014. One of the subjects was armed with a handgun. Subject 1 was approximately 5'7" to 5'8", thin build, in his early 20's, wearing a black bandana covering the lower part of his face, black hooded jacket, dark colored pants, and black and white Nike sneakers. Subject 2 was approximately 5'9", light skin, medium build wearing a dark blue and red hooded sweater, with a red bandana covering his face. Subject 1 walked to the cash register, pointed his firearm, and informed Victim 1 that he was robbing her. Subject 1 reached into the register and removed the cash from the drawer. Subject 2 stayed in the open area of the business, posing as the look out. Subject 1 then walked to a second

cash register, where Victim 2 was working, and took cash from her register. Both of the subjects left the store and fled the area traveling southbound. A total of $600 in U.S. Currency was taken.

### Los Primo: November 4, 2019

16. Later that day, at approximately 9:30 p.m., an unknown white Hispanic male entered the Los Primo convenience store, located at 918 N.W. 36th Street, Miami, Florida 33127. Like the robberies described above, the subject was wearing a black hooded sweater, dark pants, and a black bandana that covered his face. He was also wearing black and white Nike sneakers. While brandishing a black semi-automatic pistol, the subject walked to the front register and said to Victim 1, "Give me the money." Victim 1, in fear for his life, removed the money from the register and handed it to the subject. The subject put the money in his sweater and fled southbound to where a vehicle was waiting. A video from a nearby business captured the subject get into the passenger seat of a newer model white vehicle. After law enforcement research the different makes and models of vehicles, they believed that the vehicle was a newer model, white four-door Mazda 3. Additionally, the surveillance footage shows the subject, just prior to the robbery, exit the car with his face covered with a bandana, and a hooded jacket over his head. The subject ran inside the store to commit the robbery. The subject is described as approximately 5'8", 150 lbs., light skin and in his early 20's.

### Further Investigation

17. Subsequently, law enforcement conducted database searches and determined that a Mazda 3 and a Honda Accord was associated with ESPINOSA and MATEO. The investigation further revealed that the two men had previous contact with law enforcement. Law enforcement ran the license plate number of the Honda that as associated with MATEO in a database. The query produced a photograph of a four-door Honda Accord with a round sticker on the back rear

window, which was substantially similar to the vehicle seen near the location of the Smart Buy Furniture robbery that occurred on August 12, 2019. According to database searches, ASSOCIATE 1, who was later identified as the MATEO's girlfriend, owned the Honda.

18. Law enforcement then conducted a search on Instagram and found ASSOCIATE 1's open Instagram account. While reviewing the account, law enforcement noticed that ASSOCIATE 1 tagged MATEO's Instagram account in several photographs. While reviewing the photographs, law enforcement noticed that MATEO's appearance closely matched the description of one of the gunmen in the robberies. MATEO was also wearing the black and white sneakers that closely resembled the sneakers worn during several of the robberies.

19. On November 10, 2019, at approximately 5:30 p.m., law enforcement conducted surveillance at ASSOCIATE 1's address ("the Residence"). At approximately 7:15 p.m., an unknown white male, later identified as GONGORA,[1] arrived in a red Infiniti G35, bearing the license plate number JSUM89. GONGORA was wearing a black rolled up Skully, a black hooded sweater and black shorts. GONGORA knocked on the door of the Residence. MATEO opened the door and let GONGORA in. About 30 minutes later, MATEO and GONGORA walked to the parking lot of the complex. MATEO was wearing a black hooded sweater, black pants, and black and white Nike sneakers. While MATEO and GONGORA hung out in the parking lot, ESPINOSA arrived in a white, four-door Mazda 3, bearing the tag of JXVC09.[2]

---

[1] To identify GONGORA, law enforcement ran a search of his license plate number through DAVID. The picture in DAVID matched the description of the person law enforcement observed driving the Infinity G35.

[2] To identify ESPINOSA, law enforcement ran a search of his license plate number through DAVID. The picture in DAVID matched the description of the person law enforcement observed driving the Mazda 3.

9

20.     ESPINOSA exited his vehicle and opened the trunk of his car. He took out a black hoodie sweater and put it on. ESPINOSA also changed his shoes and got back into the driver seat of his vehicle. MATEO got into the front passenger seat and GONGORA entered the rear passenger seat. Law enforcement followed the subjects throughout the northeast area of Miami-Dade County and onto I-95 expressway traveling northbound. ESPINOSA drove erratically, at a high-rate of speed and became difficult to follow. Law enforcement lost sight of the vehicle traveling northbound on I-95 near Sterling Road in Broward County. Law enforcement returned to the Residence and noticed a Honda Accord parked in the complex. Law enforcement continued surveillance and waited for the Mazda to return.

21.     At approximately 10:00 p.m., law enforcement observed the Mazda drive up to the Residence. They watched the three targets exit the vehicle. GONGORA had an unknown item in his hand and hid it in the front passenger seat of his Infiniti G35. All three suspects entered the Residence and sat outside on the balcony smoking with ASSOCIATE 1. A short time later, MATEO and ESPINOSA got into the Honda Accord and drove away. GONGORA got into his Infiniti G35 and left the area. Law enforcement followed MATEO and ESPINOSA to Mi Abuelita's Kitchen, located at 6905 W 12th Ave Suite #1, in Hialeah where they picked up food. MATEO and ESPINOSA returned to the apartment complex and they went their separate ways.

22.     On November 11, 2019, law enforcement discovered that between the time law enforcement lost sight of the suspects traveling northbound on I-95 and their return to the Residence, two additional armed robberies occurred in Broward County. The suspects fit the description of the robbers in Broward County.

### Kwik Stop: November 10, 2019

23. First, at approximately 9:00 p.m., an unknown white male entered the Kwik Stop, located at 200 W. Davie Blvd, Fort Lauderdale, Florida. The unknown subject was wearing a black hoodie sweater, black shorts, white socks and sandals with a red bandana covering his face, which is similar to the clothing that law enforcement observed GONGORA wearing earlier that day. While wielding a semi-automatic pistol, the subject approached Victim 1, the store clerk, and commanded him to open the register. The subject jumped over the front counter and pistol-whipped Victim 1 as Victim 1 opened the register. The subject removed $300 from the register and fled in an unknown direction. The victim was transported to the hospital for medical treatment. Approximately 30 minutes later, a second robbery occurred 11 miles away.

### Kwik Stop: November 10, 2019

24. At approximately 9:30 pm, an unknown white male entered the Kwik Stop located at 210 E McNab Rd, Pompano, Florida. The suspect entered the store wearing a black hooded sweater, black pants, black and white Nike sneakers with a red bandana covering his face. The suspect's attire matched the clothing that law enforcement observed MATEO wearing earlier that day. The suspect was armed with a semi-automatic pistol and a black glove on his right hand. The suspect approached Victim 1 and Victim 2 (store employees) and ordered them to the back of the counter at gunpoint. The subject commanded the victims to open both registers. The victims complied. At approximately 9:32 p.m., the subject removed $600 in cash, fled eastbound from the business, and entered what appeared to be a newer model, white four-door model sedan. The Kwik Stop is located approximately 23 miles from the Residence.

**Right Way Foods: November 16, 2019**

25. On November 16, 2019, law enforcement conducted surveillance on ESPINOSA, who was driving the Mazda 3. At approximately 9:25 p.m., law enforcement observed ESPINOSA stop in front of the Right Way Foods, located at 2024 NW 95th Street in Miami, Florida. At that point, MATEO and GONGORA exited the vehicle and immediately entered into the store. About a minute later, MATEO and GONGORA exited the store and jumped into the Mazda 3 that ESPINOSA was driving. Shortly thereafter, a store clerk ran out of the store and stated that he had been robbed.

26. Law enforcement reviewed video surveillance that captured the incident. In the video MATEO can be seen entering the store. MATEO was wearing a black hooded jacket, with the hood covering his head, black pants, black and white Nike sneakers, and a red bandana covering his face. MATEO approached Victim 1, a store clerk who was standing behind the counter, and brandished his firearm. In fear for his life, Victim 1 backed away as MATEO removed approximately $200-$300 in U.S. currency from two registers. MATEO then walked through the store grabbing food from the shelves as he exited the store.

27. Video surveillance also showed GONGORA standing inside the store near the entrance, posing as a lookout while the robbery was taking place. GONGORA was dressed similarly to MATEO and also had a red bandana covering his face. After MATEO took the money, GONGORA took snacks before leaving the store.

28. Shortly after the robbery, law enforcement conducted a traffic stop on the Mazda 3. MATEO, GONGORA, and ESPINOSA were in the vehicle. MATEO and GONGORA were wearing the same attire that the robbers wore during the Right Way Foods robbery, including the red bandanas. During the traffic stop, after MATEO exited the vehicle, law enforcement saw a

semi-automatic pistol on the front passenger seat where MATEO was sitting. Also in the vehicle, law enforcement found the snacks that MATEO and GONGORA had taken during the robbery. Law enforcement conducted a pat down search on MATEO, and in the front left pocket of his pant, discovered $352 and the black glove that he was seen wearing during several of the robberies described above.

29. After law enforcement took the Defendants into custody, they read the Defendants their *Miranda* rights. Each Defendant waived his rights, in writing, and, in an audio-recorded statement, confessed to participating in the above robberies. Specifically, MATEO confessed to committing all 13 robberies. ESPINOSA confessed to being the getaway driver in the November 16, 2019 robbery, and also to participating in seven additional robberies. GONGORA admitted that he committed three robberies, including the robbery on November 16, 2019.

30. Based on the facts in this Affidavit, I respectfully submit that there is probable cause to believe that MATEO, ESPINOSA, and GONGORA knowingly and unlawfully conspired to interfere, and did interfere, with commerce by threats and violence through robbery, in violation of Title 18, United States Code, Section 1951(a), and conspiring to possess, carry, or brandish (and did possess, carry, or brandish) a firearm in furtherance of a crime of violence, in violation of Title 18, United States Code, Section 924(c) and (o).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Task Force Officer Kenneth Veloz
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to a subscribed before me on this ___ day of November 2019.

HONORABLE JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE

14